In the Matter of the Probate of the Will of ROBERT G.
McCLEAR, Deceased.

ROBERT E. McCLEAR et al., Appellants; SARAH A.
McCLEAR, Respondent.

*Will — probate contested on ground of mental incapacity.*

*Matter of McClear*, 214 App. Div. 683, affirmed.

(Argued December 14, 1927; decided January 10, 1928.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
December 23, 1925, which reversed a decree of the
Jefferson County Surrogate's Court denying probate of
a paper propounded as the last will of Robert G. McClear,
deceased, and remitted the matter to the Surrogate's
Court with a direction to admit the will to probate.
The will was contested on the ground that at the time of
its making the testator was mentally incompetent.

*Nathaniel F. Breen* for appellants.

*Delos M. Cosgrove* and *Loren E. Harter* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.